UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
(HONORABLE NAOMI R. BUCHWALD)
-----------------------------------------------------X   Case No.:1:08-cv-00949-NRB

ANDREA WOODLEY,

        Plaintiff,

**PLAINTIFF'S NOTICE OF MOTION**

   -v-

MASSACHUSETTS MUTUAL ETC., and
STARBUCKS CORPORATION
-------------------------------------------------------X

ANDREA WOODLEY, by and through her counsels, brings this motion:

    1.    For an Order remanding the instant case from the United States District Court, Southern District of New York, back to the Supreme Court of the State of New York, County of Bronx.

    For such other and further relief as this Court deems just and proper. This motion is based on the attached memorandum of points and authorities.

                                     Respectfully submitted,

                                     TANNER & ORTEGA, L.L.P.
Dated: April 8, 2008                   Hugo Ortega, Esq., (HO6432)
    New York, New York            Attorneys for Plaintiff

VIA ECF:    UNITED STATES DISTRICT COURT, SDNY
               Clerk of the Court
               500 Pearl Street
               New York, NY 10007-1312
               *Courtesy Copy via First Class Mail*

               Wilson, Elser, Moskowitz, Edelman & Dicker LLP
               Attn: Allyson Avila(AA 0944)
               3 Gannett Drive
               White Plains, N.Y. 10604
               *Courtesy Copy via First Class Mail*

HUGO ORTEGA, ESQ.
Tanner & Ortega, L.L.P.
Attorneys for Andrea Woodley
30 Vesey Street, PH Suite
New York, N.Y 10007
212-962-1333