UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
(HONORABLE NAOMI R. BUCHWALD)

------------------------------------------------------X   Case No.:1:08-cv-00949-NRB

ANDREA WOODLEY,

        Plaintiff,

   -v-

**AFFIRMATION IN SUPPORT OF MOTION**

MASSACHUSETTS MUTUAL ETC., and
STARBUCKS CORPORATION
------------------------------------------------------X

      I, HUGO ORTEGA, ESQ., an attorney duly admitted to practice before the Courts of the State of New York, and the District Court of the United States of America, Southern District of New York, affirm the following under penalty of perjury:

      1.  I am an attorney representing the plaintiff Ms. Andrea Woodley in the above-captioned matter.  As such, I am fully familiar with the facts, circumstances, pleadings and proceedings heretofore had herein.

      2.  I make this affirmation in support of plaintiff's motion, as outlined in the Notice above, and for such other and further relief as this Court deems just and proper.

      3.  I certify that any and all statements included in the within Memorandum of Points and Authorities, in support of plaintiff's motion that are not otherwise supported by cited authority are true and correct to my personal knowledge, information and belief. My knowledge and belief are based upon my participation in the proceedings of this matter heretofore and herein, investigation of this matter as performed in my capacity as Counsel, review of documents and discovery provided thus far, conversations with my client and review of the file as contained and kept in my office.

Dated: April 8, 2008
      New York, New York

                                     _____/s/_____
                                     Hugo Ortega, Esq., (HO6432)

VIA ECF:    UNITED STATES DISTRICT COURT, SDNY
Clerk of the Court
500 Pearl Street
New York, NY 10007-1312
*Courtesy Copy via First Class Mail*

Wilson, Elser, Moskowitz, Edelman & Dicker LLP
Attn: Allyson Avila (AA0944)
3 Gannett Drive
White Plains, N.Y. 10604
*Courtesy Copy via First Class Mail*