# CERTIFICATE OF SERVICE

     HUGO ORTEGA, ESQ., an attorney duly admitted to practice law before the Courts of the United States, Southern District of New York, affirms the following under penalty of perjury:

     That I am the attorney for Plaintiff, ANDREA WOODLEY in the above-entitled action; that I am not a party to this action; and that on the 14th day of April, 2008, I served the annexed MOTION TO REMAND, by ECF, to the following:

        Wilson, Elser, Moskowitz, Edelman & Dicker LLP
        Attn: Allyson Avila
        3 Gannett Drive
        White Plains, N.Y. 10604
        *Courtesy Copy via First Class Mail*

Dated:    April 14, 2008
           New York, New York

                                             /S/
                                HUGO ORTEGA, ESQ. (HO6432)