## CERTIFICATE OF SERVICE

HUGO ORTEGA, ESQ., an attorney duly admitted to practice law before the Courts of the United States, Southern District of New York, affirms the following under penalty of perjury:

That I am the attorney for Plaintiff, ANDREA WOODLEY in the above-entitled action; that I am not a party to this action; and that on the 30th day of April, 2008, I served the annexed **Reply Affirmation to Defendant's Memorandum of Law in Opposition to Plaintiffs' Motion to Remand** by ECF, to the following:

>Wilson, Elser, Moskowitz, Edelman & Dicker LLP
>Attn: Allyson Avila
>3 Gannett Drive
>White Plains, N.Y. 10604
>*Courtesy Copy via First Class Mail*

Dated:    April 30, 2008
         New York, New York


                             _____/S/_____
                             HUGO ORTEGA, ESQ. (HO6432)